IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION 08-0053-WS-B |
| | ) | |
| **MICHAEL B. HOWELL,** | ) | |
| | ) | |
| Defendant. | ) | |

**DEFAULT JUDGMENT**

In accordance with the separate Order entered on this date in the above-styled case, it is **ORDERED**, **ADJUDGED** and **DECREED** that a **DEFAULT JUDGMENT** be, and the same hereby is, entered in favor of the plaintiff, United States of America, and against defendant, Michael B. Howell, in the amount of **$12,201.16**, plus interest accruing from this date forward at the statutory rate of **1.44%**.

DONE and ORDERED this 4th day of November, 2008.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE